# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE

In re

Sylvia Jean Gloster
Debtor(s).

Bankruptcy Case No: 15−30975
Chapter 13

Sylvia Jean Gloster

Plaintiff(s),
vs.
Anson Street, LLC
Defendant(s).

Adversary Proceeding No. 16−00057

## SUMMONS AND NOTICE OF PRETRIAL CONFERENCE IN AN ADVERSARY PROCEEDING

**YOU ARE SUMMONED** and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

> The Western District of Tennessee requires electronic filing in cases assigned to the Electronic Case Filing (ECF) project. This is an ECF case. Documents should be filed via the Internet. To obtain an ECF login and password, contact the HELP LINE.
>
> ECF Web Site: http://ecf.tnwb.uscourts.gov/cgi−bin/login.pl
> ECF HELP LINE: 901−328−3565

Plaintiff's attorney will receive automatic electronic notice of your answer when it is filed electronically with the court.

| Name, address, and e−mail address of Plaintiff's Attorney: | Jimmy E. McElroy<br>3780 Mendenhall Road S., Suite 202<br>Memphis, TN 38115 |
|---|---|

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**YOU ARE NOTIFIED** that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place:

| Address<br>**UNITED STATES BANKRUPTCY COURT**<br>**200 Jefferson Avenue, Suite 413**<br>**Memphis, TN 38103** | Courtroom 945 |
|---|---|
| | May 3, 2016<br>10:30 AM |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Date: March 8, 2016

**Kathleen Ford**
**Clerk of the Bankruptcy Court**

By: Tonya Lepone
_____
Deputy Clerk

(This summons has been reproduced electronically. Questions about its authenticity should be directed to the U.S. Bankruptcy Court, Western District of TN.)  **[sumnotcc038]**



# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE

In re                                                            Bankruptcy Case No: 15–30975
                                                                 Chapter 13

Sylvia Jean Gloster
Debtor(s).

## SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
## IN AN ADVERSARY PROCEEDING
## CERTIFICATE OF SERVICE

I, _____(Name), certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made _____(Date) by:

☐   Mail service: Regular, first class United States mail, postage fully pre–paid, addressed to:

☐   Electronic Service (in a manner consistent with F.R.C.P.5(b)(2)(D):

☐   Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐   Residence Service: By leaving the process with the following adult at:

☐   Publication: The defendant was served as follows:[Describe Briefly]

☐   State Law: The defendant was served pursuant to the laws of the State of _____, as follows:[Describe Briefly]

*Under penalty of perjury, I declare that the foregoing is true and correct.*

_____              _____
**Date**                                                              **Signature**

| Print Name |
|---|
| Business Address |
| City            State            Zip |